# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JUN - 5 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| Kevin Mitchel Delgado (1) | Case Number: 16-cr-01589-W-1 |

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _____ Kevin Mitchel Delgado (1) _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):

DATE: 4/25/2020
ARRESTED BY: Dixon
Nathaniel Best
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: Allen

In violation of Title _____ See Above _____ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ J. Rinehart  /signature/ | 3/16/2020, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____ No Bail _____ by _____ The Honorable Thomas J. Whelan  WH006
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

*Delgado, Kevin Mitchel  16cr01589W01*